**Order filed May 9, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-00-00096-CR

————————

**ALMAGUER, MIGUEL ANGEL JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 719896

## ORDER

Having issued mandate in this cause on February 28, 2001, this Court orders the return of all original exhibits to the District Clerk of Harris County for safekeeping in accordance with their required retention schedule.

The Clerk of the Court is directed to deliver the original of all exhibits, together with a copy of this Order, to the District Clerk of Harris County, Texas.


PER CURIAM